**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00859-CV

**NAUTIC MANAGEMENT VI, L.P., Appellant**

**V.**

**CORNERSTONE HEALTHCARE GROUP HOLDINGS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04339**

## ORDER

The Court has before it appellant's July 17, 2013 unopposed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by August 21, 2013.

/s/ ELIZABETH LANG-MIERS
   JUSTICE